# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SMITH, *et al.*, | Case No. 2:15-cv-01038-RFB-CWH |
| Plaintiffs, | |
| vs. | **ORDER** |
| ANNISHIA TAYLOR, *et al.*, | |
| Defendants. | |

This matter is before the court on Plaintiff William Smith's ("plaintiff") Application to Proceed In Forma Pauperis (doc. # 1), filed June 3, 2015.

A review of the application reveals that plaintiff used the wrong form for his application. As such, the Court is unable to determine whether plaintiff qualifies to proceed in forma pauperis.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Application to Proceed In Forma Pauperis (doc. # 1) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall retain plaintiff's complaint, and mail plaintiff a blank in forma pauperis application for non-prisoners.

**IT IS FURTHER ORDERED** that plaintiff shall have until **June 24, 2015** to submit a completed application or pay the $400.00 filing fee.

**IT IS FURTHER ORDERED** that failure to comply with this order will result in a recommendation that this case be dismissed.

Dated: June 10, 2015

_____
C.W. Hoffman, Jr.
United States Magistrate Judge