# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SMITH, *et al.*, | Case No. 2:15-cv-01038-RFB-CWH |
| Plaintiffs, | |
| vs. | **ORDER** |
| ANNISHIA TAYLOR, *et al.*, | |
| Defendants. | |

This matter is before the court on Plaintiff William Smith's ("plaintiff") Second Application to Proceed In Forma Pauperis (doc. # 3), filed June 22, 2015.

Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in federal district court in addition to a new $50.00 administrative fee, effective May 1, 2013, for a total of $400.00. The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes an affidavit that he is unable to pay such costs or give security therefore." 28 U.S.C. § 1915(a).

Plaintiff has now submitted the affidavit required by § 1915(a) to show that he is unable to prepay fees and costs or give security for them. In his application, plaintiff states that he is employed, earns $1,072.00 a month, and has no money in his bank account. See Doc. # 3. Plaintiff then indicates his monthly expenses are $56.00 on phone service, $350.00 on bus transportation to visit his wife, and $400.00 on food, clothing, and hygiene. Id. Plaintiff further indicates he spends $300.00, and refers to attachment A. Id. However, a review of plaintiff's application reveals there is no attachment A, and it is unclear what the the $300.00 are for. Based on the information provided, therefore, this Court is still unable to determine whether plaintiff can afford the filing fee required.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Second Application for Leave to Proceed In Forma Pauperis (doc. # 3) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail plaintiff a blank Application to Proceed In Forma Pauperis so plaintiff can report the information already submitted, along with supplemental information.

**IT IS FURTHER ORDERED** that plaintiff shall have until **July 17, 2015**, in which to submit a completed application that includes the supplemental information required, or to pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation that this case be dismissed. The Clerk of Court shall retain Plaintiff's Complaint.

Dated: July 1, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**